NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**APPLE INC.,**
*Plaintiff-Appellee,*

v.

**SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,**
*Defendants-Appellants.*

---

2012-1507

---

Appeal from the United States District Court for the Northern District of California in case no. 12-CV-0630, Judge Lucy H. Koh.

---

## ON MOTION

---

PER CURIAM.

## ORDER

Samsung Electronics Co., Ltd. et al. move for a stay, pending appeal, of the preliminary injunction entered by the United States District Court for the Northern District of California. Apple Inc. opposes. Samsung replies. Apple Inc. submits a surreply with leave of the court.

Google Inc. and Sprint Spectrum, L.P. submit amici curiae responses in support of the motion for a stay.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for a stay pending appeal is held in abeyance. The temporary stay remains in effect.

FOR THE COURT

JUL 3 0 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: William C. Price, Esq.
    Josh A. Krevitt, Esq.
    Christopher J. Glancy, Esq.
    Jonathan N. Zerger, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 3 0 2012

JAN HORBALY
CLERK